**Dismiss; Opinion Filed October 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00657-CV

**ANGELA NAILS, Appellant**

**V.**

**MARK FRELS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15238**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Fillmore, and Justice Stoddart
Opinion by Justice Stoddart

Appellant, acting pro se, filed a brief in this case on September 17, 2014. The Court sent a letter to appellant on October 6, 2014, and advised her that her brief did not satisfy the requirements of Rule 38 of the Texas Rules of Appellate Procedure. The letter listed multiple deficiencies with appellant's brief. The letter also informed appellant that her appeal might be dismissed without further notice if she failed to file an amended brief complying with our rules.

Rather than filing an amended brief, appellant sent a letter to the Court stating: "I will not be updating my brief into an amended brief. . . . I want the court to use the brief already mail [sic] to the Court of Appeals." Because appellant did not file an amended brief and the brief she

**RECEIVED IN**
COURT OF APPEALS, 5th DIST.

NOV 0 6 2015

LISA MATZ
CLERK, 5th DISTRICT

did file does not comply with our rules, we dismiss her appeal. *See* Tex. R. App. P. 38.1, 42.3(c).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

140657F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

ANGELA NAILS, Appellant

No. 05-14-00657-CV    V.

MARK FRELS, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-15238.
Opinion delivered by Justice Stoddart.
Chief Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Mark Frels recover his costs of this appeal from appellant Angela Nails.

Judgment entered this 28th day of October, 2015.



Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P
0000856274     OCT 28 2015
MAILED FROM ZIP CODE 75201

$ 000.48⁵

CASE: 05-14-00657-CV
ANGELA NAILS
15406 BELLAIRE AVE., APT. M
GRANDVIEW, MO 64030